**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Rachel Lorraine Berthelot** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6894** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Brandon Joseph Berthelot** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–9899** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Louisiana** | | Date case case filed for chapter  **7**   **10/26/17** |
| Case number:   **17–12892 Section B Office Code:  2** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

---

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Rachel Lorraine Berthelot | Brandon Joseph Berthelot |
| 2. | **All other names used in the last 8 years** | aka Rachel Ruschel | |
| 3. | **Address** | 5137 Mt. Shasta Drive <br> Marrero, LA 70072 | 5137 Mt. Shasta Drive <br> Marrero, LA 70072 |
| 4. | **Debtor's attorney** <br> Name and address | Andrea M. Jeanmarie <br> Southeast Louisiana Legal Services <br> 2439 Manhattan Boulevard <br> Suite 103 <br> Harvey, LA 70058 | Contact phone (504) 374–0977 |
| 5. | **Bankruptcy trustee** <br> Name and address | Barbara Rivera–Fulton <br> P.O. Box 19980 <br> New Orleans, LA 70179 | Contact phone (504) 373–5592 |
| 6. | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court <br> Eastern District of Louisiana <br> Hale Boggs Federal Building <br> 500 Poydras Street, Suite B–601 <br> New Orleans, LA 70130 | Hours open: Monday–Friday 8:30 AM–4:30 PM <br><br> Contact phone (504) 589–7878 <br><br> Date: 10/26/17 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **Rachel Lorraine Berthelot** and **Brandon Joseph Berthelot**                                  Case number **17–12892**

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors** | **December 1, 2017 at 02:00 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. At the meeting, the trustee may give oral notice of an intention to abandon estate property. | **F. Edward Hebert Federal Bldg, #111, 600 S. Maestri Street, New Orleans, LA 70130** |
| | Debtor(s) must provide picture identification and proof of social security number to the trustee. Debtor(s) must inform the court of any change of address as long as this case or any related adversary proceeding is pending. B. R. 4002. Failure to do so may result in dismissal of the case. **NOTICE:** FAILURE OF A DEBTOR TO ATTEND THE MEETING OF CREDITORS IS GROUNDS FOR IMMEDIATE DISMISSAL OF THIS BANKRUPTCY CASE BY THE COURT, WITHOUT FURTHER NOTICE TO THE DEBTOR, CREDITORS OR PARTIES OF INTEREST. | | |
| **8.** | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/30/18** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **Financial Management Course:** | Certification About a Financial Management Course (Official Form 423) for individual chapter 7 debtor due 60 days after first date set for the meeting of creditors. | |
| **10.** | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                           page **2**

```
                             United States Bankruptcy Court
                              Eastern District of Louisiana

In re:                                                                    Case No. 17-12892-JAB
Rachel Lorraine Berthelot                                                 Chapter 7
Brandon Joseph Berthelot
        Debtors               CERTIFICATE OF NOTICE
District/off: 053L-2          User: admin                 Page 1 of 2         Date Rcvd: Oct 27, 2017
                              Form ID: 309A               Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db/db          +Rachel Lorraine Berthelot,    Brandon Joseph Berthelot,   5137 Mt. Shasta Drive,
                 Marrero, LA 70072-5637
smg            +Collector of Revenue,   City of New Orleans,   Department of Finance,
                 1300 Perdido Street, RM 1W15,   New Orleans, LA 70112-2128
smg             Louisiana Department of Revenue,   Collection Division/Bankruptcy Section,   P. O. Box 66658,
                 Baton Rouge, LA  70896-6658
smg             U. S. Attorney's Office,   Eastern District of Louisiana,   650 Poydras Street,   Suite 1600,
                 New Orleans, LA  70130-7212
3570909         American Express,   PO Box 10396,   Des Moines, IA 50306-0396
3570915        ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Citibank N.A.,   PO Box 78009,   Phoenix, AZ 85062-8009)
3570916        +Client Services, INC,   3451 Harry Truman Blvd.,   Saint Charles, MO 63301-9816
3570920         Comenity - My Place Rewards Credit Card,   PO Box 659820,   San Antonio, TX 78265-9120
3570935        +FBCS Inc,   330 S. Warminster Rd,   Suite 353,   Hatboro, PA 19040-3433
3570938        +Home Depot,   PO Box 780,   Phoenix, AZ 85001
3570940        +JH Portfolio Debt Equities LLC,   5757 Phantom Drive, Suite 225,   Hazelwood, MO 63042-2429
3570943        +Laboratory Management Services - TC,   3000 Knight St., Bldg 5 , Ste 220,
                 Shreveport, LA 71105-2566
3570942         Laboratory Management Services - TC,   PO Box 3780 Dept 10-019,   Tupelo, MS 38803-3780
3570948         NTB,   PO Box 183015,   Columbus, OH 43218-3015
3570945         Nelnet,   PO Box 740283,   Atlanta, GA 30374-0283
3570947        +Northland Group, Inc.,   P.O. Box 390846,   Minneapolis, MN 55439-0846
3570954        +Standard Mortgage,   701 Poydras St.,   Box 45,   New Orleans, LA 70139-0300
3570961         Urology Associates of LA, LLC,   4228 Houma Blvd.,   Suite 310,   Metairie, LA 70006-3008
3570963        +West Jefferson Medical Center,   C,   O Central Billing,   P.O. Box 7848,
                 Metairie, LA 70010-7848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ajeanmarie@slls.org Oct 27 2017 19:11:14     Andrea M. Jeanmarie,
                 Southeast Louisiana Legal Services,   2439 Manhattan Boulevard,   Suite 103,
                 Harvey, LA  70058
tr             +EDI: BBRIVERAFULTON.COM Oct 27 2017 19:08:00     Barbara Rivera-Fulton,   P.O. Box 19980,
                 New Orleans, LA 70179-0980
smg            +E-mail/Text: bankruptcy_bpc@lwc.la.gov Oct 27 2017 19:11:22     Louisiana Workforce Commission,
                 UI Tax Liability and Adjudications,   Attn: Bankruptcy Unit,   1001 N. 23rd Street,
                 Baton Rouge, LA 70802-3338
ust            +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Oct 27 2017 19:11:18     Office of the U.S. Trustee,
                 400 Poydras Street,   Suite 2110,   New Orleans, LA 70130-3238
3570907        +E-mail/Text: amscbankruptcy@adt.com Oct 27 2017 19:11:26     ADT Security Services,
                 3190 S Vaughn Way,   Aurora, CO 80014-3512
3570908         EDI: AMEREXPR.COM Oct 27 2017 19:08:00     American Express,   PO Box 297879,
                 Fort Lauderdale, FL 33329-7879
3570910         EDI: CAPITALONE.COM Oct 27 2017 19:08:00     Capital One,   P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
3570911         EDI: CAPITALONE.COM Oct 27 2017 19:08:00     Capital One Bank (USA) , NA,   PO Box 60599,
                 City of Industry, CA 91716-0599
3570912         EDI: RMSC.COM Oct 27 2017 19:08:00     Care Credit,   PO Box 960061,   Orlando, FL 32896-0061
3570913        +EDI: RMSC.COM Oct 27 2017 19:08:00     CareCredit/Synchrony Bank,   PO Box 965061,
                 Orlando, FL 32896-5061
3570914        +E-mail/Text: bankruptcy@cavps.com Oct 27 2017 19:11:24     Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive,   Suite 400,   Valhalla, NY 10595-2322
3570918         EDI: WFNNB.COM Oct 27 2017 19:08:00     Comenity - Ashley Stewart,   PO Box 659705,
                 San Antonio, TX 78265-9705
3570919         EDI: WFNNB.COM Oct 27 2017 19:08:00     Comenity - GameStop,   PO Box 659820,
                 San Antonio, TX 78265-9120
3570921         EDI: WFNNB.COM Oct 27 2017 19:08:00     Comenity - Torrid,   PO Box 659584,
                 San Antonio, TX 78265-9584
3570922         EDI: WFNNB.COM Oct 27 2017 19:08:00     Comenity - Victoria's Secret,   P.O. Box 659728,
                 San Antonio, TX 78265-9728
3570923         EDI: WFNNB.COM Oct 27 2017 19:08:00     Comenity Bank - Bankruptcy Dept,   PO Box 182125,
                 Columbus, OH 43218-2125
3570927         EDI: WFNNB.COM Oct 27 2017 19:08:00     Comenity Bank/Stage,   Bankruptcy Dept,   PO Box 182125,
                 Columbus, OH 43218-2125
3570928         EDI: WFNNB.COM Oct 27 2017 19:08:00     Comenity Capital Bank - Bankruptcy Dept,
                 PO Box 183043,   Columbus, OH 43218-3043
3570930        +E-mail/Text: contested@gulfsouthlegal.com Oct 27 2017 19:11:27     Couch Conville Blitt,
                 1450 Poydras St,   Ste 2200,   New Orleans, LA 70112-2253
3570931         EDI: CRFRSTNA.COM Oct 27 2017 19:08:00     Credit First N.A. / Firestone,   PO Box 81315,
                 Cleveland, OH 44181-0315
3570932         EDI: CRFRSTNA.COM Oct 27 2017 19:08:00     Credit First National Association,   P.O. Box 81344,
                 Cleveland, OH 44188-0344
3570934         EDI: DISCOVER.COM Oct 27 2017 19:08:00     Discover Financial Services,   PO Box 30943,
                 Salt Lake City, UT 84130-0943
```

```
District/off: 053L-2          User: admin              Page 2 of 2             Date Rcvd: Oct 27, 2017
                              Form ID: 309A            Total Noticed: 58

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
3570933         EDI: DISCOVER.COM Oct 27 2017 19:08:00     Discover,    PO Box 71084,    Charlotte, NC 28272-1084
3570936         EDI: CRFRSTNA.COM Oct 27 2017 19:08:00     Firestone Complete Auto Care,    PO Box 81410,
                 Cleveland, OH 44181-0410
3570939         EDI: RMSC.COM Oct 27 2017 19:08:00     JC Penney's / SYNCB,    PO Box 965033,
                 Orlando, FL 32896-5033
3570941         E-mail/Text: BKRMailOPS@weltman.com Oct 27 2017 19:11:17     Kay Jewelers,    P.O. Box 740425,
                 Cincinnati, OH 45274-0425
3570944         EDI: WFNNB.COM Oct 27 2017 19:08:00     Lane Bryant,    P.O. Box 659728,
                 San Antonio, TX 78265-9728
3570946         E-mail/Text: electronicbkydocs@nelnet.net Oct 27 2017 19:11:19     Nelnet Student Loan Servicer,
                 PO Box 82561,   Lincoln, NE 68501-2561
3570949         EDI: PRA.COM Oct 27 2017 19:08:00     Portfolio Recovery Associates,    120 Corporate Blvd,
                 Norfolk, VA 23502
3570951         EDI: PRA.COM Oct 27 2017 19:08:00     Portfolio Recovery Associates LLC,    PO Box 12914,
                 Norfolk, VA 23541
3570952         EDI: RMSC.COM Oct 27 2017 19:08:00     Sam's Club / SYNCB,    PO Box 965033,
                 Orlando, FL 32896-5033
3570953         EDI: WFNNB.COM Oct 27 2017 19:08:00     Stage,   PO Box 659465,    San Antonio, TX 78265-9465
3570955         EDI: RMSC.COM Oct 27 2017 19:08:00     Synchrony Bank,    PO Box 965064,
                 Orlando, FL 32896-5064
3570956         EDI: RMSC.COM Oct 27 2017 19:08:00     Synchrony Bank Bankruptcy Dept.,    PO Box 965060,
                 Orlando, FL 32896-5060
3570957         EDI: RMSC.COM Oct 27 2017 19:08:00     Synchrony Bank/HH Gregg,    PO Box 960061,
                 Orlando, FL 32896-0061
3570959        +EDI: WTRRNBANK.COM Oct 27 2017 19:08:00     TD Bank USA. N.A./Target Credit Card,
                 c/o Target Card Services,    PO Box 9500,    Minneapolis, MN 55440-9500
3570958         EDI: WTRRNBANK.COM Oct 27 2017 19:08:00     Target Card Services,    PO Box 660170,
                 Dallas, TX 75266-0170
3570960         EDI: RMSC.COM Oct 27 2017 19:08:00     Toys R Us,    PO Box 530938,    Atlanta, GA 30353-0938
3570962         EDI: RMSC.COM Oct 27 2017 19:08:00     Wal-Mart,    P.O. Box 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 39

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3570917*       +Client Services, INC,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
3570924*        Comenity Bank - Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
3570925*        Comenity Bank - Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
3570926*        Comenity Bank, Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
3570929*        Comenity Capital Bank, Bankruptcy Dept,    PO Box 183043,    Columbus, OH 43218-3043
3570937*        Firestone Complete Auto Care,    PO Box 81410,    Cleveland, OH 44181-0410
3570950*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:    Portfolio Recovery Associates,    120 Corporate Blvd,
                 Norfolk, VA 23502)
                                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0
```