LAEB B2040 (from Official Form 2040 (12/15))

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Louisiana

In re                                                                                   Case No.  17–12892

Rachel Lorraine Berthelot                                                    Chapter  7
Brandon Joseph Berthelot

_____

Debtor(s)*

---

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | Debtor's full name | Rachel Lorraine Berthelot | Brandon Joseph Berthelot |
| | | Social Security number or ITIN  **xxx–xx–6894** | Social Security number or ITIN  **xxx–xx–9899** |
| | | EIN  _ _–_ _ _ _ _ _ | EIN  _ _–_ _ _ _ _ _ |
| 2. | All other names used in the last 8 years | aka Rachel Ruschel | |
| 3. | Address | 5137 Mt. Shasta Drive<br>Marrero, LA 70072 | 5137 Mt. Shasta Drive<br>Marrero, LA 70072 |

---

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

CLAIMS MUST BE FILED ON OR BEFORE:  **March 5, 2018**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self–addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Sheila Booth
_____

Address of the Bankruptcy Court
Clerk, U.S. Bankruptcy Court                                      Clerk of the Bankruptcy Court
500 Poydras Street, Room B–601
New Orleans, Louisiana 70130–3386                        By:
Telephone number: (504) 589–7878                        _____

                                                                            Deputy Clerk

                                                                            Date:  12/4/17

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors. set forth the last four digits of both social–security numbers or individual taxpayer–identification numbers.

United States Bankruptcy Court
Eastern District of Louisiana

In re:                                                          Case No. 17-12892-JAB
Rachel Lorraine Berthelot                                       Chapter 7
Brandon Joseph Berthelot
        Debtors

# CERTIFICATE OF NOTICE

District/off: 053L-2          User: admin          Page 1 of 2          Date Rcvd: Dec 05, 2017
                              Form ID: 2040laeb    Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2017.
```
db/db        +Rachel Lorraine Berthelot,   Brandon Joseph Berthelot,   5137 Mt. Shasta Drive,
              Marrero, LA 70072-5637
smg          +Collector of Revenue,   City of New Orleans,   Department of Finance,
              1300 Perdido Street, RM 1W15,   New Orleans, LA 70112-2128
smg           Louisiana Department of Revenue,   Collection Division/Bankruptcy Section,   P. O. Box 66658,
              Baton Rouge, LA  70896-6658
smg           U. S. Attorney's Office,   Eastern District of Louisiana,   650 Poydras Street,   Suite 1600,
              New Orleans, LA  70130-7212
3570909       American Express,   PO Box 10396,   Des Moines, IA 50306-0396
3570915      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank N.A.,   PO Box 78009,   Phoenix, AZ 85062-8009)
3570916      +Client Services, INC,   3451 Harry Truman Blvd.,   Saint Charles, MO 63301-9816
3570920       Comenity - My Place Rewards Credit Card,   PO Box 659820,   San Antonio, TX 78265-9120
3570935      +FBCS Inc,   330 S. Warminster Rd,   Suite 353,   Hatboro, PA 19040-3433
3570938      +Home Depot,   PO Box 780,   Phoenix, AZ 85001
3570940      +JH Portfolio Debt Equities LLC,   5757 Phantom Drive, Suite 225,   Hazelwood, MO 63042-2429
3570943      +Laboratory Management Services - TC,   3000 Knight St., Bldg 5 , Ste 220,
              Shreveport, LA 71105-2566
3570942       Laboratory Management Services - TC,   PO Box 3780 Dept 10-019,   Tupelo, MS 38803-3780
3570948       NTB,   PO Box 183015,   Columbus, OH 43218-3015
3570945       Nelnet,   PO Box 740283,   Atlanta, GA 30374-0283
3570947      +Northland Group, Inc.,   P.O. Box 390846,   Minneapolis, MN 55439-0846
3570954      +Standard Mortgage,   701 Poydras St.,   Box 45,   New Orleans, LA 70139-0300
3570961       Urology Associates of LA, LLC,   4228 Houma Blvd.,   Suite 310,   Metairie, LA 70006-3008
3570963      +West Jefferson Medical Center,   C,   O Central Billing,   P.O. Box 7848,
              Metairie, LA 70010-7848
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          +E-mail/Text: bankruptcy_bpc@lwc.la.gov Dec 05 2017 19:46:47     Louisiana Workforce Commission,
              UI Tax Liability and Adjudications,   Attn: Bankruptcy Unit,   1001 N. 23rd Street,
              Baton Rouge, LA 70802-3338
3570907      +E-mail/Text: amscbankruptcy@adt.com Dec 05 2017 19:47:10     ADT Security Services,
              3190 S Vaughn Way,   Aurora, CO 80014-3512
3570908       EDI: AMEREXPR.COM Dec 05 2017 19:43:00     American Express,   PO Box 297879,
              Fort Lauderdale, FL 33329-7879
3570910       EDI: CAPITALONE.COM Dec 05 2017 19:43:00     Capital One,   P.O. Box 30285,
              Salt Lake City, UT 84130-0285
3570911       EDI: CAPITALONE.COM Dec 05 2017 19:43:00     Capital One Bank (USA) , NA,   PO Box 60599,
              City of Industry, CA 91716-0599
3570912       EDI: RMSC.COM Dec 05 2017 19:43:00     Care Credit,   PO Box 960061,   Orlando, FL 32896-0061
3570913      +EDI: RMSC.COM Dec 05 2017 19:43:00     CareCredit/Synchrony Bank,   PO Box 965061,
              Orlando, FL 32896-5061
3570914      +E-mail/Text: bankruptcy@cavps.com Dec 05 2017 19:47:00     Cavalry Portfolio Services, LLC,
              500 Summit Lake Drive,   Suite 400,   Valhalla, NY 10595-2322
3570918       EDI: WFNNB.COM Dec 05 2017 19:43:00     Comenity - Ashley Stewart,   PO Box 659705,
              San Antonio, TX 78265-9705
3570919       EDI: WFNNB.COM Dec 05 2017 19:43:00     Comenity - GameStop,   PO Box 659820,
              San Antonio, TX 78265-9120
3570921       EDI: WFNNB.COM Dec 05 2017 19:43:00     Comenity - Torrid,   PO Box 659584,
              San Antonio, TX 78265-9584
3570922       EDI: WFNNB.COM Dec 05 2017 19:43:00     Comenity - Victoria's Secret,   P.O. Box 659728,
              San Antonio, TX 78265-9728
3570923       EDI: WFNNB.COM Dec 05 2017 19:43:00     Comenity Bank - Bankruptcy Dept,   PO Box 182125,
              Columbus, OH 43218-2125
3570927       EDI: WFNNB.COM Dec 05 2017 19:43:00     Comenity Bank/Stage,   Bankruptcy Dept,   PO Box 182125,
              Columbus, OH 43218-2125
3570928       EDI: WFNNB.COM Dec 05 2017 19:43:00     Comenity Capital Bank - Bankruptcy Dept,
              PO Box 183043,   Columbus, OH 43218-3043
3570930      +E-mail/Text: contested@gulfsouthlegal.com Dec 05 2017 19:47:12     Couch Conville Blitt,
              1450 Poydras St,   Ste 2200,   New Orleans, LA 70112-2253
3570931       EDI: CRFRSTNA.COM Dec 05 2017 19:43:00     Credit First N.A. / Firestone,   PO Box 81315,
              Cleveland, OH 44181-0315
3570932       EDI: CRFRSTNA.COM Dec 05 2017 19:43:00     Credit First National Association,   P.O. Box 81344,
              Cleveland, OH 44188-0344
3570934       EDI: DISCOVER.COM Dec 05 2017 19:43:00     Discover Financial Services,   PO Box 30943,
              Salt Lake City, UT 84130-0943
3570933       EDI: DISCOVER.COM Dec 05 2017 19:43:00     Discover,   PO Box 71084,   Charlotte, NC 28272-1084
3570936       EDI: CRFRSTNA.COM Dec 05 2017 19:43:00     Firestone Complete Auto Care,   PO Box 81410,
              Cleveland, OH 44181-0410
3570939       EDI: RMSC.COM Dec 05 2017 19:43:00     JC Penney's / SYNCB,   PO Box 965033,
              Orlando, FL 32896-5033
3570941       E-mail/Text: BKRMailOPS@weltman.com Dec 05 2017 19:46:34     Kay Jewelers,   P.O. Box 740425,
              Cincinnati, OH 45274-0425
```

```
District/off: 053L-2          User: admin           Page 2 of 2              Date Rcvd: Dec 05, 2017
                              Form ID: 2040laeb      Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
3570944        EDI: WFNNB.COM Dec 05 2017 19:43:00      Lane Bryant,   P.O. Box 659728,
               San Antonio, TX 78265-9728
3570946        E-mail/Text: electronicbkydocs@nelnet.net Dec 05 2017 19:46:40      Nelnet Student Loan Servicer,
               PO Box 82561,    Lincoln, NE 68501-2561
3570949        EDI: PRA.COM Dec 05 2017 19:43:00      Portfolio Recovery Associates,   120 Corporate Blvd,
               Norfolk, VA 23502
3570951        EDI: PRA.COM Dec 05 2017 19:43:00      Portfolio Recovery Associates LLC,   PO Box 12914,
               Norfolk, VA 23541
3570952        EDI: RMSC.COM Dec 05 2017 19:43:00      Sam's Club / SYNCB,   PO Box 965033,
               Orlando, FL 32896-5033
3570953        EDI: WFNNB.COM Dec 05 2017 19:43:00      Stage,   PO Box 659465,   San Antonio, TX 78265-9465
3570955        EDI: RMSC.COM Dec 05 2017 19:43:00      Synchrony Bank,   PO Box 965064,
               Orlando, FL 32896-5064
3571119       +EDI: RMSC.COM Dec 05 2017 19:43:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
3570956        EDI: RMSC.COM Dec 05 2017 19:43:00      Synchrony Bank Bankruptcy Dept.,   PO Box 965060,
               Orlando, FL 32896-5060
3570957        EDI: RMSC.COM Dec 05 2017 19:43:00      Synchrony Bank/HH Gregg,   PO Box 960061,
               Orlando, FL 32896-0061
3570959       +EDI: WTRRNBANK.COM Dec 05 2017 19:43:00      TD Bank USA. N.A./Target Credit Card,
               c/o Target Card Services,   PO Box 9500,   Minneapolis, MN 55440-9500
3570958        EDI: WTRRNBANK.COM Dec 05 2017 19:43:00      Target Card Services,   PO Box 660170,
               Dallas, TX 75266-0170
3570960        EDI: RMSC.COM Dec 05 2017 19:43:00      Toys R Us,   PO Box 530938,   Atlanta, GA 30353-0938
3570962        EDI: RMSC.COM Dec 05 2017 19:43:00      Wal-Mart,   P.O. Box 530927,   Atlanta, GA 30353-0927
                                                                                          TOTAL: 37


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3570917*      +Client Services, INC,   3451 Harry Truman Blvd.,   Saint Charles, MO 63301-9816
3570924*       Comenity Bank - Bankruptcy Dept,   PO Box 182125,   Columbus, OH 43218-2125
3570925*       Comenity Bank - Bankruptcy Dept,   PO Box 182125,   Columbus, OH 43218-2125
3570926*       Comenity Bank, Bankruptcy Dept,   PO Box 182125,   Columbus, OH 43218-2125
3570929*       Comenity Capital Bank, Bankruptcy Dept,   PO Box 183043,   Columbus, OH 43218-3043
3570937*       Firestone Complete Auto Care,   PO Box 81410,   Cleveland, OH 44181-0410
3570950*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,   120 Corporate Blvd,
               Norfolk, VA 23502)
                                                                            TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2017 at the address(es) listed below:
```
         Andrea M. Jeanmarie   on behalf of Debtor Rachel Lorraine Berthelot ajeanmarie@slls.org
         Andrea M. Jeanmarie   on behalf of Debtor Brandon Joseph Berthelot ajeanmarie@slls.org
         Barbara Rivera-Fulton   barbararfulton2015@gmail.com,  la49@ecfcbis.com
         Office of the U.S. Trustee   USTPRegion05.NR.ECF@usdoj.gov
                                                                     TOTAL: 4
```